UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


**ROBERT SILVERSTONE**

    **Plaintiff,**

        v.

**PALMER, LUGO AND OLEA, P.A.,**
**ARTISTICO CONTRUCTION, INC.,**
    **Defendants.**

_____/


## ORIGINAL COMPLAINT

Comes now, the Plaintiff, **Robert Silverstone** (hereinafter the "**Plaintiff**"), on behalf of herself and by and through undersigned counsel, who files this original complaint against the Defendants, **Palmer, Lugo and Olea, P.A.**, (hereinafter "**Law Firm**"), **Artistico Construction, Inc.**, (hereinafter "**Artistico**") and in support thereof would state the following:

### JURISDICTION AND VENUE

1. This is an action for damages brought by an individual consumer against the named defendants for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq., (hereinafter the "**FDCPA**"), and the Florida Consumer Collection Practices Act – Fla. Stat. §§ 559 *et seq.*, (hereinafter the "**FCCPA**").

2. The Defendant **Law Firm** is a business entity that regularly conducts business and collection activity in the State of Florida and, as such, is a citizen of the State of Florida. **Law Firm** is a "debt collector" as defined by the **FDCPA** and as it uses interstate commerce in a business for which the principal purpose is to collect debts.

3. The Defendant **Artistico** is a business entity that regularly conducts business in the State of Florida and, as such, is a citizen of the State of Florida.

## VENUE

4. The venue in the United States District Court for the Southern District of Florida is proper and based upon the following:

    a. The violations of the **FDCPA** alleged below occurred and/or were committed in **Broward County**, in the State of Florida within the Southern District of Florida;

    b. At all times material hereto, the Defendant **Law Firm**, was and continues to be a corporation engaged in business activities in **Broward County**, Florida and as such is a citizen of the State of Florida.

    c. At all times material hereto, the Defendant **Artistico**, was and continues to be a corporation engaged in business activities in **Broward County**, Florida and as such is a citizen of the State of Florida.

5. The **Plaintiff**, is an individual residing in **Broward County**, Florida and is a "consumer" as that term is defined by 15 U.S.C. §§ 1692 et seq.

## FACTS COMMON TO ALL COUNTS

6. **Plaintiff** is an "individual consumer" as defined by the **FDCPA** and is alleged to have incurred a financial obligation relating to an alleged debt with Defendant, **Artistico**.

7. On or around January 28, 2010, the **Defendant Law Firm** sent **Plaintiff** a letter attempting to settle and collect an alleged debt with Defendant **Artistico**. *See* **Exhibit A**.

8. On February 4, 2010, Defendant **Law Firm** sent **Plaintiff** a letter demanding payment in full of the debt. *See* **Exhibit B**.

## COUNT ONE
## VIOLATION OF THE FDCPA – 15 U.S.C. §§ 1692 et seq.
## BY DEFENDANT LAW FIRM

9. **Plaintiff** re-alleges and incorporates paragraphs 1 through 8 above as if fully stated herein.

10. Upon information and belief, the foregoing acts and omissions of Defendant **Law Firm**, as further described within this Complaint, constitute violations of certain provisions of the **FDCPA**, and as such, each and every provision of 15 U.S.C. §§ 1692 et seq., are at issue.

11. Upon information and belief, Defendant **Law Firm** has specifically violated 15 U.S.C. § 1692g(a)(3) by failing to disclose that the **Plaintiff** has a right to dispute the debt within 30 days. *See* **Exhibit A**.

12. Upon information and belief, Defendant **Law Firm** has specifically violated 15 U.S.C. § 1692g(a)(4) by failing to state that the **Plaintiff** had a right to have verification of the debt mailed to the consumer. See **Exhibit A**.

13. Upon information and belief, Defendant **Law Firm** has specifically violated 15 U.S.C. § 1692g(a)(5) by failing to state that the **Plaintiff** may request for the name and address of the original credit if different from the current creditor. See **Exhibit A**.

14. Upon information and belief, Defendant **Law Firm** has specifically violated 15 U.S.C. § 1692e(2) using misstating the amount allegedly owed by the **Plaintiff** in an attempt to collect a debt. See **Exhibit B**.

15. As a result of this violation of the **FDCPA** by Defendant **Law Firm**, the Plaintiff has suffered out of pocket expenses as well as other actual damages and is therefore entitled to an award of damages pursuant to 15 U.S.C. § 1692k(a)(1-3) from Defendant **Law Firm**.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff respectfully prays that a judgment be entered against Defendant **Law Firm** for an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages pursuant to 15 U.S.C. § 1692k(a)(2); the costs associated with litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3); and such other relief the Court deems just, equitable and proper.

## COUNT TWO
## VIOLATION OF THE FLORIDA CONSUMER COLLECTION PRACTICES ACT (FCCPA) BY DEFENDANTS LAW FIRM AND ARTISTICO

16. Plaintiff re-alleges and incorporates paragraphs 1 through 9 above as if fully stated herein.

17. That Defendants **Law Firm and Artistico** violated the Florida Consumer Collection Practices Act §§ 559 *et seq.* including, but not limited to, violations of Fla. Stat. § 559.72(9), by attempting to collect an alleged debt which was not for the correct amount.

## PRAYER FOR RELIEF

**WHEREFORE, Plaintiff** respectfully prays that a judgment be entered against Defendants **Law Firm and Artistico** for an award of:

   a. Statutory damages;

   b. Attorney's fees, litigation expenses and costs of suit;

   c. Such other relief the Court deems just, equitable and proper, including punitive damages and equitable relief.

Dated this 25 day of March, 2010.

Respectfully Submitted by,

**The Fair Credit Law Group, LLC**
**3330 NW 53rd Street #306**
**Fort Lauderdale, FL 33309**
**Tel: 954-334-9100**
**Fax: 954-986-4777**

**Filed by: Paul A. Herman, Esq**
**FL Bar #0405175**
**Joel A. Brown, Esq**
**FL Bar #0066575**
**Attorney for Plaintiff**